# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

ERIC BREWNER,

     Plaintiff,

v.                                     CASE NO.  8:16-cv-997-T-26MAP

HEALTHY HOME OF ALLERGY &
INDOOR AIR POLLUTION PRODUCTS, INC.,
MIKE W. HUDSON, and
PATRICIA SAAVEDRA,

     Defendants.

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiff's submissions, it is **ORDERED AND ADJUDGED** as follows:

1)     Plaintiff's Motion for Entry of Default Final Judgment (Dkt. 17) is **granted**.

2)     The Clerk is directed to enter a final judgment in favor of the Plaintiff and against the Defendants, Healthy Home of Allergy & Indoor Pollution, Inc., and Mike W. Hudson in the total sum of $16,941.15, representing $11,758.51 in damages, $4,525.00 in attorney fees, and $657.99 in taxable costs.

3)     Plaintiff's Motion to Drop Patricia Saavedra as a Party Defendant (Dkt. 18) is **granted**. The case as to this Defendant is dismissed without prejudice.

4)      The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Tampa, Florida, on July 27, 2016.


    *s/Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


<u>COPIES FURNISHED TO</u>:
Counsel of Record